IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 1 3 2005
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| CORNELIUS MCDANIEL and <br> MARION MCDANIEL GEORGE <br><br> Plaintiff, <br><br> vs. <br><br> OFFICER W. SHANNON, STAR #16066, et al. <br><br> Defendants. | NO. 05 C 867 <br><br> JUDGE LEINENWEBER |

## RELEASE AND SETTLEMENT AGREEMENT

Plaintiffs Cornelius McDaniel and Marion McDaniel George, by one of their attorneys, Thomas Peters, and defendant City of Chicago by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, herein stipulate and agree to the following:

1. This action has been brought by Plaintiffs Cornelius McDaniel and Marion McDaniel George, against defendants City of Chicago and Chicago Police Officer Thomas Shannon star #16066, Officer William Mullen star #12673, Officer Robert O'Neill star #2063 and Corey Flagg star #9386, and makes certain allegations contained in plaintiff's complaint.

2. Defendant denies each and every allegation of wrongdoing as stated in plaintiffs' complaint, and, further, denies liability.

3. The parties and their respective attorneys acknowledge that settlement of this claim is not an admission of liability, or of unconstitutional or illegal conduct by or on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees, and shall not serve as evidence or notice of any wrongdoing by or on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees. The parties and their respective attorneys further acknowledge that settlement is made to avoid the uncertainty of the outcome of litigation and the expense in time and money of further litigation and for the purpose of judicial economy. Plaintiffs and their attorneys agree that they or any firm with which said attorneys are affiliated or with which said attorneys may later

become affiliated shall not use this settlement as notice of misconduct on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees, or for any other purpose in any other litigation, and that any such use is inconsistent with the terms of this Release and Settlement Agreement.

4. In consideration of the hereinafter indicated settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiffs Cornelius McDaniel and Marion McDaniel George agree to dismiss with prejudice all of his claims against defendants City of Chicago and Chicago Police Officer defendants, Officer Thomas Shannon star #16066, Officer William Mullen star #12673, Officer Robert O'Neill star #2063 and Corey Flagg star #9386, with each side bearing its own costs and attorneys' fees.

5. Plaintiff Cornelius McDaniel, accepts a settlement from defendant City of Chicago, in the total amount of FOUR THOUSAND FIVE HUNDRED AND NO/100 ($4,500.00) DOLLARS, with each side bearing its own costs and attorneys' fees. Plaintiff Marion McDaniel George accepts a settlement from defendant, City of Chicago, in the total amount of FOUR THOUSAND FIVE HUNDRED AND NO/100 ($4,500.00) DOLLARS, with each side bearing its own costs and attorneys' fees.

6. The City of Chicago agrees to pay Plaintiffs the total settlement amount within sixty (60) days after receipt by the Corporation Counsel's Office of a file-stamped copy of the Agreed Order of Dismissal. This sum shall be payable solely by the City of Chicago, and Plaintiffs and/or their attorneys agree that they will not seek payment from any source other than the City of Chicago. The settlement check will be made payable to plaintiff, their attorneys, and lien claimants, if any, of which the City has notice.

7. In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiffs agree to indemnify and hold harmless the City of Chicago, and its future, current, or former officers, agents and employees including, but not limited to, the individual defendants, Officer Thomas Shannon star #16066, Officer William Mullen star #12673, Officer Robert O'Neill star #2063 and Corey Flagg star #9386, from any claims, losses, damages or expenses, including attorneys' fees and costs, incurred, or which may

become affiliated shall not use this settlement as notice of misconduct on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees, or for any other purpose in any other litigation, and that any such use is inconsistent with the terms of this Release and Settlement Agreement.

4. In consideration of the hereinafter indicated settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiffs Cornelius McDaniel and Marion McDaniel George agree to dismiss with prejudice all of his claims against defendants City of Chicago and Chicago Police Officer defendants, Officer Thomas Shannon star #16066, Officer William Mullen star #12673, Officer Robert O'Neill star #2063 and Corey Flagg star #9386, with each side bearing its own costs and attorneys' fees.

5. Plaintiff Cornelius McDaniel, accepts a settlement from defendant City of Chicago, in the total amount of FOUR THOUSAND FIVE HUNDRED AND NO/100 ($4,500.00) DOLLARS, with each side bearing its own costs and attorneys' fees. Plaintiff Marion McDaniel George accepts a settlement from defendant, City of Chicago, in the total amount of FOUR THOUSAND FIVE HUNDRED AND NO/100 ($4,500.00) DOLLARS, with each side bearing its own costs and attorneys' fees.

6. The City of Chicago agrees to pay Plaintiffs the total settlement amount within sixty (60) days after receipt by the Corporation Counsel's Office of a file-stamped copy of the Agreed Order of Dismissal. This sum shall be payable solely by the City of Chicago, and Plaintiffs and/or their attorneys agree that they will not seek payment from any source other than the City of Chicago. The settlement check will be made payable to plaintiff, their attorneys, and lien claimants, if any, of which the City has notice.

7. In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiffs agree to indemnify and hold harmless the City of Chicago, and its future, current, or former officers, agents and employees including, but not limited to, the individual defendants, Officer Thomas Shannon star #16066, Officer William Mullen star #12673, Officer Robert O'Neill star #2063 and Corey Flagg star #9386, from any claims, losses, damages or expenses, including attorneys' fees and costs, incurred, or which may

be incurred, by reason of any lien or any other claim or interest held by any person, entity or corporation against any moneys received or to be received by plaintiffs under this settlement entered pursuant to this Release and Settlement Agreement.

8. Plaintiffs, upon advice of counsel, understand and agree that in consideration of the settlement entered pursuant to this Release and Settlement Agreement, plaintiffs hereby release and forever discharge on behalf of themselves and their heirs, executors, administrators and assigns, all claims they have or had against the individual defendants, Officer Thomas Shannon star #16066, Officer William Mullen star #12673, Officer Robert O'Neill star #2063 and Corey Flagg star #9386, and the City of Chicago, and its future, current or former officers, agents and employees, including but not limited to all claims they have or had, or may have in the future, under local, state, or federal law, arising either directly or indirectly out of the incident which was the basis of this litigation, and that such release and discharge also is applicable to any and all unnamed and/or unserved defendants.

9. This Release and Settlement Agreement and any documents that may be executed under paragraph 12 herein contain the entire agreement between the parties with regard to the settlement of this action, and shall be binding upon and inure to the benefit of the parties hereto, jointly and severally, and the heirs, executors, administrators, personal representatives, successors, and assigns of each.

10. This Release and Settlement Agreement is entered into in the State of Illinois and shall be construed and interpreted in accordance with its laws. Terms contained herein shall not be construed against a party merely because that party is or was the principal drafter.

11. In entering into this Release and Settlement Agreement, plaintiffs represent that they have relied upon the advice of their attorneys, who are the attorneys of their own choice, and that the terms of this Release and Settlement Agreement have been interpreted, completely read and explained to them by their attorneys, and that those terms are fully understood and voluntarily accepted by plaintiffs. Plaintiffs also represent and warrant that no other person or entity has or has had any interest in the claims or causes of action referred to herein, that they and their attorneys have the sole right and exclusive authority to execute this Release and

Settlement Agreement and receive the sums specified herein, and that they have not sold, assigned, transferred, conveyed, or otherwise disposed of any of the claims or causes of action referred to herein.

12. All parties agree to cooperate fully and to execute a Stipulation to Dismiss and any and all supplementary documents and to take all additional actions which are consistent with and which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Release and Settlement Agreement.

_Cornelius McDaniel_
Cornelius McDaniel, Plaintiff
Address: 7016 S. Justine
Chgo Ill.

Date of birth: 7/1/74

*SSN:

_Marion McDaniel George_
Marion McDaniel George, Plaintiff
Address: 7016 S. Justine
Chgo, Ill.

Date of birth: 8/16/48

*SSN:
*Providing SSN is voluntary

Mara S. Georges
Corporation Counsel of the
City of Chicago

BY: _Diane Cohen_
Diane Cohen
Assistant Corporation Counsel
30 North La Salle Street, Suite 900
Chicago, Illinois 60602
(312) 744-2836

Date: 4-5-05

_Thomas Peters_
Thomas Peters, Attorney for Plaintiffs
407 South Dearborn, Suite 1735
Chicago, Illinois 60605
(312) 697-0022
Attorney No. 08830399

Date:

4